# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SAM CARLISLE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-01418-MN |
| | ) |
| v. | ) |
| | ) |
| LOGICBIO THERAPEUTICS, INC., RICHARD MOSCICKI, LEON CHEN, FREDERIC CHEREAU, MARK ENYEDY, J. JEFFREY GOATER, SUSAN R. KAHN, DAPHNE KARYDAS, MARK KAY, and MICHAEL WYZGA, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: December 13, 2022          **LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*